In the Matter of the Opening, etc., of BROOK AVENUE, from East One Hundred and Sixty-fifth Street and Webster Avenue to Wendover Avenue in the City of New York.

BERNARD SCHWEIZER, Appellant; MARY A. BAXTER, Respondent.

*Matter of Brook Avenue*, 40 App. Div. 519, affirmed.
(Argued November 21, 1899; decided December 5, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, dated May 21, 1899, affirming an order of Special Term confirming the

report of a referee directing the payment of an award for land taken by the city of New York for Brook avenue.

*Joseph A. Flannery* for appellant.

*Barclay E. V. McCarty* and *Jared G. Baldwin, Jr.*, for respondent.

Order affirmed, with costs, on opinion below.
All concur.